```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROYSTON V. TRIUMPH,                              JUDGMENT
                                                 05-CV- 3679 (DGT)
                    Plaintiff,

     -against-


JO ANNE B. BARNHART,                             FILED
Commissioner of                                  IN CLERK'S OFFICE
Social Security,                                 U.S. DISTRICT COURT, E.D.N.Y.

                                                 ★ MAY 2 2006 ★

                    Defendant.                   BROOKLYN OFFICE
-----------------------------------------------------------------X
```

An Order of Honorable David G. Trager, United States District Judge, having been filed on April 12, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       May 01, 2006

                                                 s/Robert C. Heinemann
                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court